FILED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name  Thomas         Felicia        M
            (Last)          (First)        (Initial)

4  Prisoner Number  W23002-C4-14-1Low

5  Institutional Address  P.O. Box 92, Chowchilla CA 93610

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Felicia M. Thomas
(Enter the full name of plaintiff in this action.)

vs.

Canty & Alameda

Claim #S22321

(Enter the full name of the defendant(s) in this action)

Case No. **C 07 5387 (PR) SBA**
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  Valley State Prison for Women

B.  Is there a grievance procedure in this institution?

   YES ( )    NO (X)

C.  Did you present the facts in your complaint for review through the grievance procedure?

   YES ( )    NO (X)

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                    - 1 -

1         1. Informal appeal N/A

2

3

4         2. First formal level

5

6

7         3. Second formal level

8

9

10         4. Third formal level

11

12

13     E.    Is the last level to which you appealed the highest level of appeal available to

14 you?

15         YES ( )    NO ( )

16     F.    If you did not present your claim for review through the grievance procedure,

17 explain why. N/A

18

19

20 II.    Parties.

21     A.    Write your name and your present address. Do the same for additional plaintiffs,

22 if any.

23 Felica M. Thomas -423002-C4-14-1L

24 P.O. Box 92 VSPW

25 Chowchilla, CA 93610

26     B.    Write the full name of each defendant, his or her official position, and his or her

27 place of employment. N/A

28

COMPLAINT                - 2 -

1
2
3
4
5  III.   Statement of Claim.
6
       State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10   ON August 25, 2006 I was arrested
11   And sent to Santa Rita Jail. I was
12   then strip searched in front of
13   Camera's And men.
14     ON May 11, 2007 I filled out my
15   Claim against the County of
16   Alameda And it was recieved
17   May 21, 2007 by thier office.
18     ON August 21 2007 I recieved
19   a denial letter from Alms And
20   was advised to present a Late
21   Claim 911.4 of the Government Code.
22
23 IV.   Relief.
24
       Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26   I would like to recieve my
27   portion of this Civil Suit.
28

COMPLAINT                              - 3 -

1
2
3
4

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___10___ day of __October__, 20_07_

_Felicia Thomas_
(Plaintiff's signature)

COMPLAINT                    - 4 -



**ACCLAMATION INSURANCE**
**MANAGEMENT SERVICES**

August 21, 2007

Felicia M. Thomas-Holmes
CDC# X-23002-C1-9-1L, V.S.P.W.
P.O. Box 92
Chowchilla, CA 93610

RE:  Felicia M,. Thomas-Holmes v. County of Alameda
County Claim No. S22321

Dear Felicia M. Thomas-Holmes
CDC# X-23002-C1-9-1L, V.S.P.W.:

NOTICE IS HEREBY GIVEN that the claim for damages you presented to the Clerk, Board of Supervisors of Alameda County on May 21, 2007 is being returned because it was not presented within the six (6) months after the event or occurrence as, required by law. See Sections 901 and 911.2 of the California Government Code. Because the claim was not presented within the time allowed by law, no action was taken on the claim.

Your only recourse at this time is to apply without delay to Board of Supervisors of Alameda County for leave to present a late claim. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ nd 912.2, inclusive, and Section 946.6 of the Government Code. Under some circumstances, leave to present a late claim will be granted. See Section 911.6 of the Government Code.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

This notice applies only to actions for which a California Government Code claim is required.

Very truly yours,

Harry Maurer
/gt

Enclosure:    Claim Submitted

Letter C

PO Box 2147
Oakland, CA 94621
510/633-5650
Fax: 510/633-5673
CAL. LIC. 2772984

# CLAIM AGAINST THE COUNTY OF ALAMEDA

PLEASE TYPE OR PRINT

Please complete the form, retain one (1) copy for your records and return the original to:
Clerk, Board of Supervisors Office,
Administration Building, 1221 Oak Street,
Room 536, Oakland, CA 94612. Phone: (510) 208-4949.

Please include all attachments which would support your claim (estimates, bills, receipts, police report, etc.)

522321

CBS CLAIM NO. _____

RECEIVED
MAY 2 5 2007
AIMS
FOR CLERK'S USE ONLY

RECEIVED
MAY 2 1 2007
CLERK, BOARD OF SUPERVISORS

FOR FUTURE INFORMATION ON YOUR CLAIM PLEASE CONTACT:
Acclamation Insurance Management Services
P.O. Box 2147, Oakland, CA 94621
Phone No.: (510) 633-5650   Fax: (510) 633-5673

1. Claimant's Name: **Thomas Felicia Marie**
   (Last, First, Middle Initial)
1.5. Claimant's PFN (if applicable): **ASE217 – ASE217**
2. Address: **PO Box 92 Chowchilla Ca 93610**
   (number, street, city, state & zip code)                        (phone number)
3. Address to which notices are to be sent, if different from 1 & 2:
   Name: **Felicia Thomas**
   Address: **PO Box 92 Chowchilla Ca 93610**
   (number, street, city, state & zip code)                        (phone number)
*4. Total Amount of Claim: $ **1500.00**   5. Date of Accident/Loss: **Aug 2006**
6. Location of Accident/Loss: **Santa Rita Jail**
7. How did Accident/Loss Occur?: **I was in Jail, they strip searched me**
8. Describe Injury/Damage/Loss: **Strip searched me in front of carmers while men where there, able to see my body without clothes or they degraded me**
9. Name of Public Employee(s) Causing Injury/Damage/Loss, if known: **Santa Rita Jail**
10. Itemization of Claim (List items totaling amount set forth in line #4). (Use separate sheet for additional items.)

| ITEM | AMOUNT | ITEM | AMOUNT |
|---|---|---|---|
| Strip Searched | $ 1500.00 | | $ |
| | $ | | $ |

*TOTAL AMOUNT OF CLAIM   $ **1500.00**

11. Signed by or on behalf of claimant: *Felicia Thomas*

NOTICE: Section 72 of the Penal Code provides:

"Every person who, with intent to defraud, presents for allowance or for payment to any state board or officer, or to any county, city or district board or officer, authorized to allow or pay the same if genuine, any false or fraudulent claim, bill, account, voucher, or writing, is punishable either by imprisonment in the county jail for a period of not more than one year, by a fine of not exceeding one thousand ($1,000), or by both such imprisonment and fine; or by imprisonment in the state prison, or by a fine not exceeding ten thousand ($10,000), or by both such imprisonment and fine."

r:\claims\claim form updated 12_05.doc

# County faces new suit over searches

■ Complaint involves strip inspections of juvenile hall detainees

By Chris Metinko
MEDIANEWS STAFF

Weeks after reaching a settlement of a class action lawsuit involving illegal strip searches at Alameda County's Santa Rita jail, a new lawsuit has been filed over strip searches at juvenile hall.

Sacramento-based Mark Merin, the same attorney who registered the complaint against the county in the Santa Rita jail incidents, filed the new class action lawsuit Tuesday in federal court on behalf of Lisa Suon, Jeffrey Pay and Andy Mean.

All three allege they were subjected to a strip search before detention hearings at Alameda County Juvenile Hall between 2003 and 2005, even though they were arrested on misdemeanor charges. All three tion suits against several California counties and other states in past years for illegal strip searches, claims in the suit that strip-searching juveniles not arrested on drug, violence or weapons charges before their detention hearings and without reasonable suspicion that a search will reveal contraband, violates their minors' rights. He also claims Alameda County's group strip-searches were unlawful.

"I'm shocked this was going on at Juvenile Hall," Merin said.

The complaint defines the class eligible to take part in the lawsuit as any juvenile, or those who were juveniles within two years of Tuesday's filing, and who received either a predetention hearing strip search without there being reasonable suspicion the searches would reveal contraband or a group search.

The filing does not specify damages, but does say it is believed more than 20 juveniles are illegally searched at the hall daily.

It names Alameda County, the county probation department, the department's chief and assistant chiefs and others involved in the alleged strip searches as defendants.

Merin said the county will have 20 days to respond to the lawsuit once it is served, and then a judge will decide if the

Please see **STRIP**, Local 2

# County faces new strip-search suit

▶ **STRIP**, from Local 1

claims have enough merit to go forward. Last month the county board of supervisors approved a $6.2 million settlement of Merin's class action lawsuit over illegal searches at Santa Rita jail. The settlement dealt with a case filed in federal court last fall by Daniel Schaffer and his lawyer, Merin. Schaffer sued the county and then-Alameda County Sheriff Charles Plummer after he was arrested after a traffic stop and strip-searched before his arraignment.

The settlement led to confusion at the county's administration building in Oakland, as people who heard rumors about the suit flocked to fill out claim forms they believed would make them eligible to be part of the suit. However, the judge in the case has not signed off on the settlement; no class has been officially certified, and no claim form for the lawsuit has yet been created.

The confusion led hundreds of people to fill out the basic county claim form, which has nothing to so with the class action suit.

Once a class is certified, Merin said it believes about 37,000 people will be eligible to take part in the suit. At that time, there'll be advertising with information on how to file a claim in this suit. Those eligible will have to have been arrested between ▆▆▆▆▆▆▆

Merin said those who were strip-searched in a group on a misdemeanor charge could receive $200. Those who were strip searched on a misdemeanor charge not involving drugs, weapons or violence and with no reasonable suspicion of contraband could get $1,500 or more.

Merin said it was calls concerning the Santa Rita County jail lawsuit that led him to file this week's complaint after it became apparent strip searches also were being conducted at juvenile hall.

Merin has been successful in strip search cases before. He won a $15 million judgment against Sacramento County for illegal strip searches at the county jail, and another $6 million judgment for juveniles illegally strip-searched at juvenile hall in the same county.

He was one of a few attorneys who negotiated a $6 million settlement with Miami-Dade County in Florida on behalf of three women who were strip-searched there.

Merin recently settled a similar case in San Mateo County as well as in Lincoln County, N.M.

He also filed one last week in Santa Cruz against the county and its jail. Merin has other cases pending in Contra Costa, San Francisco and Solano counties.

## PROOF OF SERVICE BY MAIL

I declare I am employed in the County of Alameda, over the age of eighteen and not a party to the within cause.

My business address is P. O. Box 2147, Oakland, CA 94621.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and that correspondence would be deposited with the United States Postal Service the same day in the ordinary course of business.

I placed a copy of the rejection letter regarding Alameda County Claim No: S22321 in an envelope, which envelope was then sealed and placed for collection and mailing on this date following ordinary business practices and addressed to the person listed as follows:

Felicia M. Thomas-Holmes
CDC# X-23002-C1-9-1L, V.S.P.W.
P.O. Box 92
Chowchilla, CA 93610

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the County of Alameda on August 21, 2007.

_____
Signature

Letter C



**RECEIVED**

SEP 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9-24-07

To whom it may concern i'm writing you regarding my claim against the county of Alameda. On Aug 25 2006 i was arrested and sent to Santa Rita Jail, i went back and forth to court until Jan 31, 2007, i was sent to VSPW prison for women, Then i got the paper work togethere to fill my claim wich was on 5-11-07, i sent it off to the Board of Supervisor Office, They sent it back saying that there was a six month period for which the claim was supose to be mailed in, which i feel that i wasn't late claiming the forms. I have high lighted the are's that show's that i wasn't late mailing in my form. I am still at VSPW prison for women and will be here until Oct 6, 2011 In closed or my forms, that i am send you

Thank You
Felicia Thomas
X23002-C4-14-1u
PO Box 92
Chowchilla
Ca 93610

