FILED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Felicia M. Thomas
　　　　　　　Plaintiff,

vs.

County of Alameda
Claim # 522321
　　　　　　　Defendant.

CASE NO. C 07 5387

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Felicia Thomas, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____N/A_____
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.  Business, Profession or         Yes ___ No X
10         self employment
11     b.  Income from stocks, bonds,       Yes ___ No X
12         or royalties?
13     c.  Rent payments?                    Yes ___ No X
14     d.  Pensions, annuities, or          Yes ___ No X
15         life insurance payments?
16     e.  Federal or State welfare payments,   Yes X  No ___
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _Social Security - $754.00 monthly_____
22 _____

23 3.  Are you married?                            Yes X  No ___
24 Spouse's Full Name: _Gregory E. Howard_____
25 Spouse's Place of Employment: _N/A_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_N/A_____
28 4.  a.  List amount you contribute to your spouse's support:$ _____

```
1    b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.)
5    _____N/A_____
6    _____

7  5.    Do you own or are you buying a home?        Yes ____ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?                   Yes ____ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No _X_ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No _X_
20 _____

21 8.    What are your monthly expenses?
22 Rent: $ _____N/A_____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____ $ __N/A__ $ _____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____
```

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do **not** include account numbers.)

N/A

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

10-10-07                          *[signature]*
DATE                              SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Felicia Thomas_ for the last six months
[prisoner name]
_Valley State Prison Women_ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____    _____
[Authorized officer of the institution]